| Date | Pleading Number | |
|---|---|---|
| 1/30/76 | 1 | MOTION-BRIEF -- PLAINTIFFS ULICE M. HOOVER, ET AL., ETC. to transfer single action pursuant to 28 U.S.C. §1407 SUGGESTED TRANSFEREE DISTRICT -- W.D. Missouri |
| 2/9/76 | | APPEARANCES -- L. H. Rowland for pltf. Ulice M. Hoover, et al. (A-1) D. N. Ravin for Fireman's Fund American Life Ins. (A-2) A. G. Besser for Fireman's Fund Ins. Co., American Ins. Co., American Automobile Ins. Co., Associated Indemnity Corp., The Revised Retirement Plan of the American Ins. Co., American Automobile Ins. Co., and Associated Indemnity Corp., Fireman's Fund American Life Ins. Co., Robert P. J. Cooney, and Jack B. McCowan E. C. Landis for Intervenor def. Francis Van Orman |
| 2/17/76 | 2 | RESPONSE -- FIREMANS FUND AMERICAN LIFE INS. CO., FIREMANS FUND INS. CO., AMERICAN INSURANCE CO., AMERICAN AUTOMOBILE INSURANCE CO., ASSOCIATED INDEMNITY CORP., THE REVISED RETIREMENT PLAN OF THE AMERICAN INSURANCE CO., AMERICAN AUTOMOBIL INSURAN CO AND ASSOCIATED INDEMNITY CORP., AND ROBERT P. J. COONEY AND JACK B. MCCOWAN w/cert of service |
| 2/17/76 | | REQUEST FOR EXTENSION TO FILE --REPLY -- MOVANTS -- Granted to 2/27/76 |
| 2/17/76 | 3 | RESPONSE -- FRANCIS VAN ORTMAN w/cert. of service |
| 2/17/76 | 4 | RESPONSE -- FIREMANS FUND AMERICA w/cert. of service |
| 2/27/76 | 5 | REPLY BRIEF -- MOVANTS w/cert. of service |
| 3/1/76 | 6 | CROSS MOTION OF FIREMAN'S FUND AMERICAN LIFE INSURANCE CO., AMERICAN INSURANCE CO., AMERICAN AUTOMOBILE INSURANCE CO., ASSOCIATED INDEMNITY CORXXXTHEXREVOSEDXRETOREXEM THE REVISED RETIREMENT PLAN OF THE AMERICAN INSURANCE CO., AMRICAN AUTO INSURANCE CO. AND ASSOCIATED XNDEMNXTHXCRRXXS CORP., AND ROBERT J. COONEY AND JACK B. MCCOWAN w/cert. of service |
| 3/4/76 | | HEARING ORDER -- Setting A-1 and A-2 for hearing -- March 26, 1976 Washington, D.C. |
| 3/8/76 | 7 | RESPONSE -- FRANCIS VAN ORMAN ETC. w/cert. of service |
| 3/15/76 | 8 | SUPPLEMENTAL RESPONSE -- MOVANTS ULICE HOOVER w/cert. of service |
| 11/1/76 | | CONSENT OF TRANSFEREE COURT -- For Judge Meanor to handle litigation in D. New Jersey under 28 U.S.C. §1407 |
| 11/1/76 | | OPINION AND ORDER -- Transferring A-1 to the D. New Jersey under 28 U.S.C. §1407. |

See Next Page

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 247 -- In re Litigation Arising from the Termination of the Retirement Plan for Employees of Fireman's Fund Insurance Co. and/or its Affiliates

| Date | Pldg. | Description |
|---|---|---|
| 83/05/18 | 9 | LETTER from Clerk, D. New Jersey -- regarding reassignment of litigation from Judge Meanor to Judge Debevoise. (emh) |
| 83/02/01 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-77 Cabinda Gulf Oil Co., et al. v. McDermott Inc., et al., S.D.Tex., -emh |
| 83/05/18 | | ORDER REASSIGNING LITIGATION to the Honorable Dickinson R. Debevoise pursuant to 28 U.S.C. §1407. (emh) |

O&O, 11/1/76 422 F.Supp 287

DOCKET NO. 247 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MDL DOCKET NO. 247 -- IN RE LITIGATION ARISING FROM THE TERMINATION OF THE RETIREMENT PLAN FOR EMPLOYEE'S OF FIREMAN'S FUND INSURANCE CO. AND/OR ITS AFFILIATES

### Summary of Panel Action

Date(s) of Hearing(s): 3/26/76
Date(s) of Opinion(s) or Order(s): _____
Consolidation Ordered ✓     Name of Transferee Judge: Dickinson R. Debevoise  HC Meanor
Consolidation Denied ___    Transferee District: D. New Jersey

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ulice M. Hoover, et al., etc. v. Fireman's Fund Insurance Co., et al. | W.D. Mo. Hunter | 75 CV 814-W-1 | 11/1/76 | 76-2287 | 12-9-77 | con. A-2 |
| A-2 | Fireman's American Life Insurance Co., v. The American Insurance Co., et al., etc. | D.N.J. Whipple | 75-2007 | | | (5/1/85) | |

July 1985 - Docket Closed

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __247__ -- __IN RE LITIGATION ARISING FROM THE TERMINATION OF THE RETIREMENT PLAN FOR EMPLOYEES OF FIREMAN'S FUND INSURANCE CO. AND/OR ITS AFFILIATES__

| Plaintiff | Defendant |
|---|---|
| ULICE M. HOOVER, ET AL., ETC. (A-1)<br>Landon H. Rowland, Esquire<br>Watson, Ess, Marshall & Enggas<br>1500 Home Savings Building<br>1006 Grand Avenue<br>Kansas City, Missouri  64106<br><br>FIREMAN'S FUND AMERICAN LIFE INS. CO.<br>David N. Ravin, Esquire<br>Ravin & Ravin<br>744 Broad Street<br>Newark, New Jersey  07102 | FIREMAN'S FUND INS. CO.<br>AMERICAN INS. CO.<br>AMERICAN AUTOMOBILE INS. CO.<br>ASSOCIATED INDEMNITY CORP.<br>THE REVISED RETIREMENT PLAN OF THE<br>   AMERICAN INS. CO., AMERICAN AUTOMOBILE<br>   INS. CO. AND ASSOCIATED INDEMNITY<br>   CORP.<br>FIREMAN'S FUND AMERICAN LIFE INS. CO.<br>ROBERT P. J. COONEY<br>JACK B. McCOWAN<br>Albert G. Besser, Esquire<br>Hannoch, Weisman, Stern & Besser<br>744 Broad Street<br>Newark, New Jersey  07102<br><br>FRANCIS VAN ORMAN (Intervenor Def.)<br>Edwin C. Landis, Jr., Esquire<br>Meyner, Landis & Verdon<br>Gateway I - Suite 2500<br>Newark, New Jersey  07102 |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 247 -- IN RE LITIGATION ARISING FROM THE TERMINATION OF THE RETIREMENT PLAN FOR EMPLOYEES OF FIREMAN'S FUND INSURANCE CO. AND/OR IT'S AFFILIATES
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| FIREMAN'S FUND INS. CO. | A-1  A-2 |
| AMERICAN INSURANCE CO. | A-1  A-2 |
| AMERICAN AUTO. INS. CO. | A-1  A-2 |
| ASSOCIATED INDEMNITY CORP. | A-1  A-2 |
| THE REVISED RETIREMENT PLAN OF THE AMERICAN INSURANCE CO. AND ASSOCIATED INDEMNITY CORP. | A-1 |
| FIREMAN'S FUND AMERICAN LIFE INS. CO. | A-1 |
| ROBERT P. J. COONEY | A-1 |
| JACK B. MCCOWAN | A-1 |
| FRANCIS VAN ORMAN | A-2 |
|  |  |